IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONDY ALEXIS PHILO,

    Plaintiff,

v.                                                     CASE NO. 4:11-cv-394-SPM-GRJ

ROBERT REAMS, et al,

    Defendants.

_____/

**ORDER**

On December 8, 2011, the Court entered a show cause order instructing Plaintiff to show cause for his failure to pay an initial partial filing fee of $12.62 on or before November 30, 2011. (Doc. 10.) The Court has been advised the initial partial filing fee was actually received by the Clerk on December 5, 2011.

Accordingly, it is **ORDERED:**

The Order To Show Cause (Doc. 10) entered on December 8, 2011 is hereby **WITHDRAWN**.

**DONE AND ORDERED** this 9th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge