IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONDY ALEXIS PHILO,

    Plaintiff,

v.                                                       CASE NO. 4:11-cv-394-SPM-GRJ

ROBERT REAMS, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 55, Defendants' Motion For Enlargement of Time. Defendants Reams, Dickey, Pridgeon, and Koch request a thirty-day extension of time to respond to the Complaint.

Upon due consideration, it is **ORDERED:**

1.     Defendants' Motion for Enlargement of Time, Doc. 55, is **GRANTED.**

2.     Defendants must file their responses to Plaintiff's Complaint **on or before April 4, 2013.**

**DONE AND ORDERED** this 6th day of March 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge