UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONDY ALEXIS PHILO,**

   **Plaintiff,**

v.                                    Case No.:  4:11cv394/MCR/GRJ

**ROBERT REAMS
SERGEANT,**

   **Defendant.**
_____/

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation dated February 5, 2014 (doc. 115).  The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.  Having fully considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The Magistrate Judge's Report and Recommendation (doc. 115) is adopted and incorporated by reference in this Order and Defendant's Motion for Summary Judgment (doc. 90) is **DENIED**.

2.   The case is referred to Magistrate Judge Jones for further proceedings.

**DONE AND ORDERED** this 11th day of March, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**